File Hashes for IP Address 24.130.53.150

**ISP:** Comcast Cable
**Physical Location:** Milpitas, CA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/02/2015 00:40:55 | 4CBE8879EDEEC66D681CC570CD3434B1CE7788AA | X-art Unauthorized Pack #89 |
| 07/01/2015 15:01:39 | E7E34DFC640020FA3DFC2549BABA68936A9CECC1 | Shes A Spinner |
| 07/01/2015 15:01:00 | 0A058CF2972DD2532C1A6F8264FC6D3D8B825FF4 | Rub Me The Right Way |
| 04/19/2015 20:54:10 | 0FF35577760FE2E0E5FF4BE5130AB6A1E5A46C00 | Tight Ass Teen |
| 04/19/2015 20:52:44 | ECD8B1E8E5ECF52C1C83FBFC0A945E7781BC3E58 | Bring Me To My Knees |
| 03/09/2015 01:25:44 | 856907CF175FCE1CCCA302178A42F50C2839F068 | Red Hot and Ready |
| 09/27/2014 16:40:03 | 078E88F6677A1C62F9F7BA6E346C9012B64D8B93 | Perfect Timing |
| 09/27/2014 03:37:24 | 4D48C50B8394CD2C150BAA1E1666D242CE487F52 | Tease and Please |
| 09/27/2014 03:15:00 | BA23078533CCBE4BCF265D99A9E6DE3420120683 | One Night Stand |
| 09/27/2014 03:03:25 | 2A49A45ED898A2E8587E15BD4A83EDE709D66D26 | Sex and Submission |
| 09/27/2014 02:56:04 | 2DD8681E585A4C365B2BC5C1FDF5D642B1A3CABF | So Young |
| 09/20/2014 20:55:33 | 5612B6644244B6DA8CCB3EE46164EBE96C0220E0 | Thunderstorm Love |
| 09/20/2014 01:22:21 | 3575AFE77E851F8F55C739E709C0CE8A47E29903 | Lisas Hidden Cam |
| 01/25/2014 22:39:31 | 35B9318841CB88B87764CECD646FB20E90A56096 | Getting Ready For You |
| 01/25/2014 22:28:12 | A54ED12E9024858D296309B1A066FD2D93094B54 | No Turning Back Part #2 |
| 10/07/2013 01:23:00 | DFB64ED831DC06FF85B0AF942F4429E6B7FD65A4 | First and Forever |
| 10/07/2013 01:10:16 | A4AE6B2579DB805C3EA7AFACCD54B15824B9E111 | Party Boat |
| 07/19/2013 22:34:55 | 3D937C124236B90908D5EFC26E0B1E8CE70C74C3 | Pool Party For Three |
| 07/19/2013 22:13:13 | 4F8BC52BECA98C5E22F7D4EDC1FCA2FC8D06461B | Newlyweds |
| 04/13/2013 23:10:02 | 069CEC49FC514CD437AAE130285A89EA81D568F9 | Ready for Bed |
| 04/13/2013 21:36:54 | A7E979E9A21C653CE4892AB372D0825AF00B3747 | Afternoon Snack |
| 04/13/2013 21:35:48 | 488A0F27CB97745A6772353E34FA19E702DADE29 | Afternoon Picnic |

EXHIBIT A

NCA40

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 04/13/2013 21:07:46 | 06E1049B1052CA5A2F30CF70D13C124D8060F913 | Still With Me |
| 04/13/2013 17:22:13 | 1D17559351B2B9DF3FFB9762706E5CDD4CCF9B7B | Apartment in Madrid |

**Total Statutory Claims Against Defendant: 150**

EXHIBIT A

NCA40