IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 24.130.53.150,<br><br>    Defendant. | No. C 15-04243 WHA<br><br>**ORDER GRANTING SEALING MOTION AND EXTENDING DEADLINE TO EFFECTUATE SERVICE** |

Plaintiff has filed a motion seeking leave to file under seal an amended complaint, proposed summons, and return of service. Plaintiff has also filed a motion seeking leave to extend the deadline within which to effectuate service of process. Plaintiff's sealing motion is hereby **GRANTED**. Plaintiff shall have until **FEBRUARY 5** to effectuate service.

**IT IS SO ORDERED.**

Dated: January 26, 2016.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE