IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 24.130.53.150,<br><br>　　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　／ | No. C 15-04243 WHA<br><br>**ORDER FURTHER EXTENDING DEADLINE TO EFFECTUATE SERVICE OF PROCESS** |

An order extended the deadline to effectuate service to February 5, 2016. On February 5, plaintiff filed a motion seeking a further extension because it did not receive the unredacted summons until February 2. Plaintiff shall have until **FEBRUARY 19** to effectuate service.

**IT IS SO ORDERED.**

Dated: February 5, 2016.

　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE