Nicholas Ranallo, Attorney at Law #275016
371 Dogwood Way
Boulder Creek, CA 95006
Telephone No.: (831) 703 - 4011
Fax No.: (831) 533-5073
Email: nick@ranallolawoffice.com
Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA LLC | Case No. 3:15-cv-04243 |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE OF COUNSEL** |
| [redacted] | |
| Defendants. | |

1

Notice of Appearance of Counsel

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE THAT Nicholas R. Ranallo, 371 Dogwood Way, Boulder Creek, CA 95006, hereby enters his appearance in the above-captioned matter on behalf of Defendant.

DATED: February 26, 2016       NICHOLAS RANALLO, ATTORNEY AT LAW

By: _____/s/ Nicholas Ranallo
Nicholas Ranallo (Cal Bar # 275016)
Attorney for Defendants
371 Dogwood Way
Boulder Creek, CA 95006
(831) 703-4011
nick@ranallolawoffice.com