**United States District Court**
For the Northern District of California

1
2
3
4
5
6             IN THE UNITED STATES DISTRICT COURT

7             FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9
10   MALIBU MEDIA, LLC,                              No. C 15-04243 WHA

11          Plaintiff,

12     v.

13   JOHN DOE SUBSCRIBER ASSIGNED IP              **ORDER GRANTING**
     ADDRESS 24.130.53.150,                       **SEALING MOTION**
14
15          Defendant.
                                                /
16

17        Defendant seeks leave to file various documents containing his identifying information

18   (Dkt. No. 29).  That motion is hereby **GRANTED**.

19

20        **IT IS SO ORDERED.**

21

22   Dated:    March 11, 2016.

                                           WILLIAM ALSUP
23                                         UNITED STATES DISTRICT JUDGE

24
25
26
27
28