Brenna E. Erlbaum (SBN: 296390)
HEIT ERLBAUM, LLP
6320 Canoga Avenue, 15th Floor
Woodland Hills, CA 91367
[Phone]: (855) 231.9868
Brenna.Erlbaum@HElaw.attorney
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>            Plaintiff,<br><br>vs.<br><br>[REDACTED],<br><br>            Defendant. | Case Number: 3:15-cv-04243-WHA<br><br>**ORDER ON STIPULATION OF DISMISSAL** |

**ORDER ON STIPULATION OF DISMISSAL**

THIS CAUSE came before the Court upon the Parties' Stipulation to Dismiss all Plaintiff Malibu Media's and Defendant [REDACTED]'s claims against each other with prejudice, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:

1. All Plaintiff's and Defendant [REDACTED]'s claims against each other are hereby dismissed with prejudice.

2. Each party shall bear its own attorneys' fees and costs.

3. This case is closed for administrative purposes.

SO ORDERED this __6__ day of __July_____, 2016.

By: _____
**UNITED STATES DISTRICT JUDGE**